# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **BOBBY LEE PARKS, SR.** | **CIVIL ACTION NO. 24-1541** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 8] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Complaint [Doc. No. 1] filed by Plaintiff is **DISMISSED WITHOUT PREJUDICE,** *sua sponte* for failing to prosecute.

MONROE, LOUISIANA, this 21st day of April 2025.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE